# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ST. JOHN INSURANCE COMPANY, INC. a/s/o
Giovanni Caspellana and Sonia Caspellana,

        Plaintiff,

-vs-                                        Case No.  2:10-cv-267-FtM-36SPC

HEWLETT PACKARD COMPANY,

        Defendant.

_____

## ORDER

This matter comes before the Court on Defendant's Unopposed Motion for an Extension of Time to File a Stipulation Selecting a Mediator (Doc. #34) filed on July 16, 2010.  The Parties request an additional 60 days within which to file a stipulation selecting a mediator.  As grounds, the Parties state that counsel has conferred, but have not yet reached an agreement on the selection of the mediator.  The Court will grant an extension, but not for the amount of time requested by the Parties.

Accordingly, it is now **ORDERED:**

Defendant's Unopposed Motion for an Extension of Time to File a Stipulation Selecting a Mediator (Doc. #34) is **GRANTED in part**.  The Parties have up to and including **August 18, 2010** to file a stipulation selecting a mediator.

**DONE AND ORDERED** at Fort Myers, Florida, this ___19th___ day of July, 2010.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record