```
                  UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION

              CASE NO. 2:10-CV-267-FTM-36SPC
```

ST. JOHNS INSURANCE COMPANY, INC.,
a/s/o GIOVANNI CASTELLANA and SONIA
CASTELLANA,

       Plaintiffs,

vs.                            Fort Myers, Florida
                               March 5, 2012
HEWLETT PACKARD COMPANY,       9:30 A.M.

       Defendant.

TRANSCRIPT OF EXCERPT OF JURY TRIAL DAY 3
(Excerpts of Testimony of Michael D. Eskra)

BEFORE THE HONORABLE PAUL A. MAGNUSON
UNITED STATES DISTRICT JUDGE

FOR THE PLAINTIFF:     Powers McNalis Torres & Teebagy
                         1601 Belvedere Road, Suite 5005
                         West Palm Beach, Florida  33416
                         561/588-3000
                         BY:  DANIEL M. McNALIS
                             COURTNEY ANNE SIDERS

FOR THE DEFENDANT:     Thornton Davis & Fein, PA
                         80 SW 8th Street, Suite 2900
                         Miami, Florida  33130
                         305/446-2646
                         BY:  BARRY L. DAVIS
                             CARLY M. CELMER

REPORTED BY:          R. JOY STANCEL, RMR-CRR
                         Federal Official Court Reporter
                         2110 First Street
                         Fort Myers, Florida  33901
                         239/461-2064

1   (Call to Order of the Court)
2   (Proceedings took place that are not included in
3   this excerpt, after which, proceedings continued as
4   follows:)
5   MR. McNALIS:  Your Honor, we're going to call Mike
6   Eskra.
7   DEPUTY CLERK:  Raise your right hand, please.
8   (The Witness is Sworn)
9   DEPUTY CLERK:  Thank you.  You may be seated in
10  the witness booth, and if you would, please state your full
11  name for the record.
12  THE WITNESS:  Michael D. Eskra.
13  DEPUTY CLERK:  Thank you.
14                    MICHAEL D. ESKRA,
15     a witness herein, after having been duly sworn,
16     was examined and testified under oath as follows:
17                    DIRECT EXAMINATION
18  BY MR. McNALIS
19  Q.   Mr. Eskra, who are you employed by?
20  A.   I'm self-employed by my own corporation, Eskra
21  Technical Products.  I'm the owner/founder of that company.
22  (Proceedings took place that are not included in
23  this excerpt, after which, proceedings continued as
24  follows:)
25

| | |
|---|---|
| 1 | CROSS EXAMINATION |
| 2 | BY MR. DAVIS |
| 3 | Q.   Now, I thought I heard you say something to the |
| 4 | effect that this is a very rare sort of thing that can |
| 5 | happen maybe one in eight million times, eight million |
| 6 | batteries.  Could be more; couldn't it? |
| 7 |      I'm not going to need this anymore, the ELMO. |
| 8 |      One in eight million was your estimate.  There was |
| 9 | eight million batteries made and maybe, just maybe it |
| 10 | happens one in eight million times? |
| 11 | A.   Are you saying -- are you suggesting it would be one |
| 12 | in three million? |
| 13 | Q.   No, I'm suggesting that just your testimony that you |
| 14 | gave to the jury is that your thought was maybe this |
| 15 | happens -- it's a very, very rare occurrence, and maybe it |
| 16 | happens one in eight million times? |
| 17 | A.   Yes. |
| 18 | Q.   Okay.  That's a very rare sort of occurrence, is the |
| 19 | way you characterized it? |
| 20 | A.   Yes. |
| 21 | Q.   So the folks on the jury don't have to worry about |
| 22 | their computers, would you agree that it is reasonably safe? |
| 23 | A.   Yes. |
| 24 | Q.   In fact so rare, that you don't have anything with |
| 25 | you today that showed that it ever happened in any other |

1 Samsung battery with an HP computer that you could show to
2 the jury?
3 A.     Yes.
4 Q.     Is that true?
5 A.     That is true.
6         (Proceedings took place that are not included in
7 this excerpt, after which, proceedings continued as
8 follows:)
9                    REDIRECT EXAMINATION
10 BY MR. McNALIS
11 Q.     And if the industry knows about a problem like that,
12 what do they typically do?
13 A.     Well generally, you start going back to your failure
14 modes and effect analysis where you identify your failure
15 mode, you identify your risk, the occurrence, what happens
16 with it, and essentially put a price tag and try to identify
17 what type of price tag is reasonable to fix a problem.
18 Q.     What potentially can happen to that individual who
19 buys that umpteenth or millionth computer if this problem
20 isn't resolved?
21         MR. DAVIS:  Objection, speculation.
22         THE COURT:  Sustained.
23 Q.     Now in reference to the numbering of the system, can
24 you just explain to the Ladies and Gentlemen of the Jury
25 what was happening with the numbering, how these different

1  items were numbered when you received it -- or the pictures?
2  A.     The pictures were numbered.  When the fire inspection
3  occurred, they numbered it one way, as they found them,
4  identified them, marked them on the plot, the fire plot
5  where they found the cells.  When Samsung rearranged the
6  cells, they tried to keep the numbers, but then they were
7  numbering as far as the position they were in the cell.  In
8  their report that this gentleman put up, they listed their
9  cells as they would do it in their own context.  So there
10 are -- it is a difficult analysis because the numbering
11 system changed.  So it -- you know, and I looked at it prior
12 to those reports, the Samsung report being generated.  I
13 certainly didn't receive it.  I had only gotten the
14 preliminary of the Russell fire report.  So I originally
15 started off using those numbers.
16 Q.     And the cells that you pointed to earlier, were
17 identified that one was three or four, whatever, it was
18 still the same cell?
19 A.     Still the same cell.
20 Q.     In any way, does the fact that they're renumbered in
21 different kind -- different sets or different areas change
22 your opinion as to what you gave earlier today?
23 A.     No.
24 Q.     Now, have products that have the UL label have
25 problems where they've caused fires or been recalled?

1    MR. DAVIS: Objection.

2    THE COURT: I'll overrule that. You may answer.

3    A.   I've certainly seen occurrences where UL products

4    have burned up. I have toaster, for instance.

5    (Excerpt concluded)

6

7                        CERTIFICATE

8    I CERTIFY THAT THE FOREGOING TRANSCRIPT IS A TRUE AND

9    ACCURATE TRANSCRIPT FROM THE ORIGINAL STENOGRAPHIC RECORD IN

10   THE ABOVE-ENTITLED MATTER.

11

12       Dated this 6th day of March, 2012.

13

14                        /s/ R. Joy Stancel
                          _____
15                          R. JOY STANCEL, RMR-CRR
                          FEDERAL OFFICIAL COURT REPORTER